U.S. MARSHAL SERVICE

AUG 1 9 2010

WESTERN NORTH CAROLINA

# UNITED STATES DISTRICT COURT

## for the

### Western District of North Carolina

United States of America
)
v.
)
) Case No. 3: 10 CR 174
JAMAR SERON RANDALL )
)
*Defendant*
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JAMAR SERON RANDALL                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition      ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

FELON IN POSSESSION OF A FIREARM

FILED
CHARLOTTE, NC

OCT 2 8 2010

U.S. DISTRICT COURT
WESTERN DIST. . . . NC

Date: 8/17/10

*Issuing officer's signature*

City and state:    Charlotte, North Carolina

FRANK G. JOHNS

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 10/05/2010 |
| at *(city and state)*    Charlotte NC                                   . |
| Date: 10/05/2010 |

*Arresting officer's signature*

Scott E. Shipman, CMPD/ATF/TFO

*Printed name and title*