IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    3:10CR174-W |
| JAMAR SERON RANDALL | : |

## MOTION FOR CONTINUANCE OF TRIAL

NOW COMES Defendant, Jamar Seron Randall, by and through the undersigned counsel, and respectfully moves this Honorable Court, in the interests of justice, for an order continuing the Motion to Suppress of this matter currently scheduled for January 3, 2011 in the Charlotte Division, to this Court's next available date.

1. Counsel for Defendant was provided additional discovery materials by the United States Attorney's Office on December 30, 2010 at approximately 1:15 pm.

2. The additional discovery materials are relevant to Defendant's Motion to Suppress.

3. Counsel for Defendant needs additional time to review the material

WHEREOF, Defendant respectfully requests the court grant this motion and continue the hearing herein to the Court's next available term.

This the 31st day of December, 2010.

**Cloud & Williams, PLLC**

/s/ Cory A. Williams
Attorney for the Defendant
North Carolina State Bar # 34289
130 N. McDowell St., Suite D
Charlotte, NC 28204
Phone: (704) 377-3347
Facsimile: (704) 377-3273
Email: cwill@cloudwilliams.com