RECEIVED
CHARLOTTE, N.C.
APR 28 2011
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, PLAINTIFF, | Docket No. 3:10 CR 174-W |
| vs. | "MOTION and MOTION FOR APPOINTMENT OF COUNSEL" |
| Jamar Séron Randall DEFENDANT. | RULE 44(a)(b) FRCP |

"Motion and Motion For Appointment Of Counsel" Rule 44(a)(b) F.R.Crim. Procedures

Now comes the defendant Jamar Randall, Pro Se, Pursuant to Fed. Rules of Crim. Procedures Rule 44(a), (b), and moves the Court to "Appoint Legal Counsel" to Represent him in the above captioned case.

The Defendant had Retained Cory A. Williams on or about the date of October, 2010 by paying him in full the sum of ten [10K] thousand dollars U.S. Currency to represent him in this Court, and counsel 'Williams' woefully violated the 'attorney client contract' causing a great distrust on the behalf of the defendant.

The defendant contends that the grave

conflict that has been created between him and attorney Cory A. Williams, has caused the Defendant to "fear for his life" being represented by counsel, and therefore, appointment of an Alternative court appointed attorney has been Requested to occur. On April 6, 2011 a "Motion to Terminate Counsel Cory A. Williams was filed with this court".

It is Requested that the defendant be granted an ORDER terminating attorney Cory A. Williams and Appointing a Federal Defender and/or other Alternative Counsel.

It is Requested that the defendant Jamar S. Randall be GRANTED a HEARING on MOTIONS before Disposition of this case, and that the defendant be Notified and transported to court to be present at the Hearing for Appointment of Counsel. Rule 44.(a)(b) Fed. Rules Criminal Procedures, U.S. Const. 6th. Amend.

Mr. Jamar S. Randall
(387029)
Jamar S. Randall
P.O. Box 34429
Charlotte, NC. 28234-4429

cc: Retained
cc: Mr. Cory A. Williams
PLLC., 730 N. McDowell St.
Ste. S.
Charlotte, NC. 28204
cc: Clerk, U.S. Dist. Court
Rm. 210, 401 W. Trade St.
Charlotte, NC. 28202

Charlotte, North Carolina    2. of 2.