**From:** randallc1 <randallc1@verizon.net>
**To:** chiege <chiege@aol.com>
**Subject:** Fwd: Fwd: PSI Hearing
**Date:** Fri, Oct 14, 2011 7:50 pm

Hi Chiege,
I was just checking to see if you received the email I sent you from my office. I pray all is well with you~~

From: randallc1@verizon.net

Date: Oct 12, 2011 8:43:20 PM

Subject: Fwd: PSI Hearing

To: cheryl.randall@usmc.mil

---

From: randallc1@verizon.net

Date: Feb 16, 2011 8:30:53 PM

Subject: PSI Hearing

To: cwill@cloudwilliams.com

Cc: cheryl.randall@usmc.mil

Good evening Cory,

I am sending this email on behalf of Jamar and for my own piece of mind as well. Jamar states you informed him you would be to see him the other day, but you have not been to see him then nor yesterday. He also has some things he asked you to look into prior to the PSI Hearing, and since you have not been to see him; he doesn't know if you have been able to check into them or not. So I am listing the items that he asked you to check into and I would like to know for my own piece of mine as well (and I can relay the information) since you are unable to get in to see him.

1. Need Corey to signoff on Motion to be filed - What is this motion Jamar wants you to sign off on?
2. Bring rules of Statutory Jurisdiction - If you are unable to take this to him, please fax or email to me so I can mail it to him myself or fax it to his fiance to give to him.
3. Criminal Procedure is missing rules 1-4 from previous paper work dropped off - Can you explain why the criminal procedures 1 through 4 are missing and also provide those as well.

Cory I will also call you tomorrow with a fax number, but I need you to answer this email as well; since I will need to email the responses to his finance so she can relay the information to Jamar.

On a more personal note, I have a friend in New York that is also a judge; Honorary Valerie Alexander, 1st District Court and she suggested I google you, and send the information to Jamar to help put his mind at ease reference your experience with his type of case (which I did) and I am asking this question with all due respect, the website does not mention how many Federal Criminal Cases you have won/participated in sucessfully. It mainly talks about your letterman and sports status, family law issues mainly and a quick snipet of criminal law, etc.. I need an honest answer from you on this, how familiar are you with the Federal Criminal Courts? Again please email me back and yes I will call tomorrow as well around 4 or 5 PM with a fax number, thank you.

Respectfully Submitted
Cheryl Randall
Systems Analyst PG10
Marine Corps Systems Command
Quantico, VA 22134
540-623-9026 (cell)
703-432-7413 (work)



DEFENDANT'S EXHIBIT 3