**From:** Dillon, Jennifer (USANCW) (Jennifer.Dillon@usdoj.gov)
**To:** cwill@cloudwilliams.com;
**Date:** Fri, December 10, 2010 3:16:04 PM
**Cc:**
**Subject:** RE: Motion to Suppress - Randall - 3:10cr174

Mr. Williams,

Please advise Mr. Randall that if he chooses to proceed to trial, the government will seek to admit his confession given on January 28, 2010 and his state Judgment and Conviction dated August 31, 2010. Attached is a copy of Mr. Randall's Judgment and Conviction for your file.

*Jennifer Dillon*
Assistant United States Attorney
Western District of North Carolina
227 W. Trade St., Suite 1650
Charlotte, NC 28202
Direct:
Cell:
Email: jennifer.dillon@usdoj.gov

---

**From:** Cory Williams [mailto:cwill@cloudwilliams.com]
**Sent:** Friday, December 10, 2010 2:54 PM
**To:** Dillon, Jennifer (USANCW)
**Subject:** Re: Motion to Suppress - Randall - 3:10cr174

He has advised that he wants to proceed to trial if the motion is denied.

Cory Williams


**Cloud & Williams, PLLC**
**130 N. McDowell St.**
**Suite D**
**Charlotte, NC 28204**
**Phone: (704) 377-3347**
**Fax: (704) 377-3273**


DEFENDANT'S EXHIBIT 4

---

**From:** "Dillon, Jennifer (USANCW)" <Jennifer.Dillon@usdoj.gov>
**To:** cwill@cloudwilliams.com
**Sent:** Fri, December 10, 2010 2:32:00 PM

Case 3:10-cr-00174-MOC    Document 43    Filed 10/16/11    Page 1 of 3

**Subject:** RE: Motion to Suppress - Randall - 3:10cr174

Mr. Williams,

My January docket is starting to look busy, and I am trying to figure out how many trials I have. Do you know whether Mr. Randall will want to go to trial if his suppression motion is denied?

Thanks,
Jen

*Jennifer Dillon*
Assistant United States Attorney
Western District of North Carolina
227 W. Trade St., Suite 1650
Charlotte, NC 28202
Direct: ■■■■■
Cell: ■■■■■
Email: jennifer.dillon@usdoj.gov

---

**From:** cwill@cloudwilliams.com [mailto:cwill@cloudwilliams.com]
**Sent:** Friday, December 10, 2010 10:16 AM
**To:** Candace_Cochran@ncwd.uscourts.gov; Dillon, Jennifer (USANCW)
**Subject:** Re: Motion to Suppress - Randall - 3:10cr174

I will need 45 mins.

Cory Williams

Cloud & Williams, PLLC

130 N. Mcdowell St.
Suite D
Charlotte, NC 28204
Phone: (704) 377-3347
Fax: (704) 377-3273

211 N. Main St.
Suite A2
Monroe, NC 28112
Phone: (704) 289-5302
Fax: (704) 405-8014


-----Original message-----
**From:** Candace_Cochran@ncwd.uscourts.gov
**To:** jennifer.dillon@usdoj.gov, cwill@cloudwilliams.com
**Sent:** Fri, Dec 10, 2010 15:06:42 GMT+00:00
**Subject:** Motion to Suppress - Randall - 3:10cr174

Good Morning,

We are trying to figure out when we can schedule this suppression hearing. Please let me know how long you anticipate it will take for presentation of your evidence.

Thanks!

Candace Cochran