UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Criminal Docket No. 3:10CR000174-1-MOC

------------------------------)
**UNITED STATES OF AMERICA,**   )
                                  ) <u>Notice of Intention of</u>
                                  ) <u>Defendant to Proceed with</u>
              **-V-**       ) <u>the Hearing on the Motion to</u>
                                  ) <u>Withdraw his Guilty Plea</u>
                                  )
                                  )
**JAMAR SERON RANDALL,**       )
             **Defendant.**   )
------------------------------)

    **NOW COMES**, JAMAR SERON RANDALL, through counsel, and respectfully notifies this Honorable Court that after thoughtful reflection, it is his informed choice and decision that this Honorable Court suspend the sentencing hearing and proceed with hearings on the following pending matters:
    (a)  Motion to Withdraw Guilty Plea:
    (b)  Motion to Suppress Evidence;
    ( c)  Jury Trial after the disposition of item (b), above, if unfavorable to defendant.

    **RESPECTFULLY SUBMITTED,** this the 21st day of October, 2011.

                                  <u>S/Chiege O. Kalu Okwara</u>
                                  CHIEGE O. KALU OKWARA
                                  Attorney for Defendant
                                  Ballantyne One
                                  15720 John J. Delaney Drive, #300
                                  Charlotte, North Carolina 28277

                                  (704) 944-3221 (Direct Line)
                                  (704) 847-0499 (Emergencies)
                                  (704) 846-7952 (fax)

                                  Email: chiege@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the attached pleading was served upon the following attorneys by electronic service or via ECF filing:

**JENNY GRUS SUGAR**
United States Attorneys Office
227 West Trade Street, Suite 1700
Charlotte , NC 28202

Email: Jenny.Sugar@usdoj.gov


**JENNIFER DILLON**
United States Attorneys Office
227 West Trade Street, Suite 1700
Charlotte , NC 28202

Email: Jennifer.Dillon@usdoj.gov


This the 21st day of October, 2011.


    S/Chiege O. Kalu Okwara
    CHIEGE O. KALU OKWARA
    Attorney for Defendant
    Ballantyne One
    15720 John J. Delaney Drive, # 300
    Charlotte, North Carolina 28277

    (704) 944-3221 (Direct Line)
    (704) 847-0499 (Emergencies)
    (704) 846-7952 (fax)

    Email: chiege@aol.com

/ck.wk/Randall.notice.int.