UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:10CR174-MOC |
| | ) | |
| v. | ) | |
| | ) | **GOVERNMENT'S OPPOSITION** |
| JAMAR SERON RANDALL | ) | **TO DEFENDANT'S RENEWED** |
| | ) | **MOTION TO SUPPRESS** |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and respectfully submits this Response in Opposition to Defendant's Renewed Motion to Suppress Evidence and Statements and Defendant's Memorandum in Support of Motion to Suppress Evidence. The United States respectfully adopts its response, at Docket 10, originally filed on December 13, 2010, in response to Defendant's Motion and Memorandum.

RESPECTFULLY SUBMITTED, this the 21st day of November, 2011.

        ANNE M. TOMPKINS
        UNITED STATES ATTORNEY

        /s Jenny Grus Sugar
        Jenny Grus Sugar
        Assistant U.S. Attorney
        Bar: State of New York
        Attorney for the Plaintiff/Government
        United States Attorney's Office
        227 West Trade Street, Suite 1700
        Charlotte, NC 28202
        (704) 344-6222
        (704) 344-6629 Fax
        Jenny.Sugar@usdoj.gov

## CERTIFICATE OF SERVICE

    I, Jenny Grus Sugar, do hereby certify that I have served a copy of the attached Opposition to Motion to Withdraw Plea upon the following via electronic filing:

        Chiege O. Kaul Okwara
        Counsel for Defendant
        chiege@aol.com

November 21, 2011

        /s Jenny Grus Sugar
        Jenny Grus Sugar
        Assistant U.S. Attorney
        Jenny.Sugar@usdoj.gov

2

Case 3:10-cr-00174-MOC   Document 50   Filed 11/21/11   Page 2 of 2