# ACHIEVEMENT

In recognition of outstanding performance

✯ ✯ ✯

*Jamar S. Randall*

is hereby presented with this certificate of completion of

**BASIC MACHINES**

This certificate is presented by OMITT

on completion of

a Thirty-Six Hour Course in Basic Machines.



2011

_[signature]_

OMITT TRADE SCHOOL, LLC

PRESENTED ON THIS DAY NOVEMBER THIRD IN THE YEAR TWO THOUSAND AND ELEVEN

Case 3:10-cr-00174-MOC   Document 52   Filed 11/22/11   Page 1 of 2

# OMITT

Onsite/Offsite Mechanical Industrial Technical Training

November 3rd, 2011

Re: Jamar S. Randall
To Whom It May Concern:

Jamar is enrolled in our OMITT vocational training program. He has completed 144 hours of a 200- hour Basic Maintenance Core curriculum. Blueprint Reading, Basic Machines, Vocational Math, and Basic Electricity were the subjects taught. Jamar was one of the more active participants.

This training program will continue after the inmate is released at the OMITT Trade School Campus, located at 2122 Freedom Drive. Mr. Randall has expressed an interest in continuing his vocational training. I think he is a very good candidate to be successful if he continues on the path he is currently traveling.

If you need to contact me for any reason, please feel free to contact me at (704) 392-2107 after 9a.m. Monday through Thursday.

Sincerely,

*Zeke Burns*
Zeke Burns

2122 Freedom Drive * Charlotte, NC 28208 * (704) 392-2107
Case 3:10-cr-00174-MOC   Document 52   Filed 11/22/11   Page 2 of 2