UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF NORTH CAROLINA
                         CHARLOTTE DIVISION
                     Case #: 3:10CR00174-1-MOC

-----------------------------------)
**UNITED STATES OF AMERICA,**           )
                                        )
         -vs-                           ) **NOTICE OF APPEAL**
                                        )
**JAMAR SERON RANDALL,**                )
                 **Defendant.**         )
-----------------------------------)

   **NOTICE** is hereby given that the defendant, **JAMAR SERON RANDALL,** by and through his attorney of record, CHIEGE O. KALU OKWARA, ESQ., appeals to the United States Court of Appeals for the Fourth Circuit from the Final Judgment of the Honorable District Court Judge Max O. Cogburn, Jr., which sentenced the said defendant to a total term of ninety-two (92) months imprisonment in the custody of the Federal Bureau of Prisons, rendered in open court on the 22nd day of November, 2011, and entered in this action on the 29th day of November, 2011.

   This the 8th day of December, 2011.

                              S/Chiege O. Kalu Okwara
                              CHIEGE O. KALU OKWARA, ESQ.
                              15720 John J. Delaney Drive
                              Suite #300
                              Charlotte, North Carolina 28277
                              (704) 944-3221 (Direct Line)
                              (704) 847-0499 (Emergencies)
                              (704) 846-7952 (fax)
                              Email: chiege@aol.com

                              Attorney for Defendant,
                                   JAMAR SERON RANDALL

**CERTIFICATE OF SERVICE**

I hereby certify that the attached pleading was served upon the following persons by electronic service, to wit:

**JENNY GRUS SUGAR**
United States Attorneys Office
227 West Trade Street, Suite 1700
Charlotte , NC 28202

Email: Jenny.Sugar@usdoj.gov

**JENNIFER DILLON**
United States Attorneys Office
227 West Trade Street, Suite 1700
Charlotte , NC 28202

Email: Jennifer.Dillon@usdoj.gov

This the 8th day of December, 2011.

S/Chiege O. Kalu Okwara
CHIEGE O. KALU OKWARA, ESQ.
15720 John J. Delaney Drive
Suite #300
Charlotte, North Carolina 28277
(704) 944-3221 (Direct Line)
(704) 847-0499 (Emergencies)
(704) 846-7952 (fax)
Email: chiege@aol.com

Attorney for Defendant,
JAMAR SERON RANDALL

/ck.wk/randall.nap