UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00174-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMAR SERON RANDALL, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Enter a Straight-Up Guilty Plea. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Enter a Straight-Up Guilty Plea (#87) is GRANTED. The plea is referenced to a United States Magistrate Judge for purposes of conducting a Rule 11 Proceeding as provided in the Order disposing of the identical motion filed in the Section 2555 proceeding.

Signed: September 16, 2014

Max O. Cogburn Jr.
United States District Judge